# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

FERMIN ALDABE,

    Plaintiff,

v.                                                  Case No. 3:25-cv-166-MMH-MCR

ENVIRONMENTAL SERVICES, INC., et al.,

    Defendants.

## O R D E R

**THIS CAUSE** is before the Court on Defendants Intact Insurance Group USA, LLC and Homeland Insurance Company of New York's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 34; Motion) filed on May 30, 2025. In the Motion, Defendants, in addition to asserting that Plaintiff's Second Amended Complaint (Doc. 25) should be dismissed, also request that the Court sanction Plaintiff pursuant to Rule 11, Federal Rules of Civil Procedure (Rule(s)). See Motion at 19. However, under Rule 11, "[a] motion for sanctions must be made separately from any other motion[.]" See Rule 11(c)(2).

Accordingly, it is

**ORDERED:**

To the extent Defendants seek Rule 11 sanctions, Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 34) is **DENIED without prejudice**. Defendants may separately move for sanctions, if appropriate, after the resolution of their motion to dismiss.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of June, 2025.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

Lc32

Copies to:
Pro Se Party
Counsel of Record